UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Ann Culleton</u>

    v.                           Civil No. 06-cv-310-JD

<u>William G. Thornton</u>

<u>PROCEDURAL ORDER</u>

A telephone conference was held with counsel on this date. As a result of that conference, the issues in this case will be addressed through a motion for summary judgement, which the plaintiff shall file on or before **October 15, 2007.** The defendant shall file his response within thirty days of the date the motion is filed. The final pretrial conference that was scheduled for September 20 and the trial that was scheduled to begin on October 15, 2007, are cancelled.

In the meantime, the parties and counsel will meet and use their best efforts to resolve this case.

SO ORDERED.

                                                Joseph A. DiClerico, Jr.
                                              United States District Judge

September 14, 2007

cc: Christopher D. Hawkins, Esquire
    John C. Kissinger, Esquire
    Steven M. Latici, Esquire